UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RENEE MARIE KEENE,

    Plaintiff,

v.   Case No.: 2:25-cv-331-SPC-NPM

UNKNOWN,

    Defendant.
_____/

## ORDER

Before the Court is pro se Plaintiff Renee Marie Keene's Complaint. (Doc. 1). Plaintiff (who is not in custody) has yet to pay the filing fee or move to proceed without prepayment of costs. *See* 28 U.S.C. § 1915 (allowing a litigant to commence a civil action without prepayment of the filing fee if the litigant submits an affidavit showing they are unable to pay). The Court thus dismisses this action without prejudice. *See* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."); Local Rule 1.05(c) ("The clerk must accept an initial paper from a person *in custody* even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper." (emphasis added)); *Myers v. City of Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to contemporaneously pay the filing fee or move *in forma pauperis*). If Plaintiff

wants to proceed with her claims, she may file another complaint under a separate case number that is accompanied by the required filing fee or a signed long-form application to proceed without prepaying fees or costs (available at www.uscourts.gov/sites/default/files/ao239_1.pdf).

Accordingly, it is now

    **ORDERED:**

    1. The Complaint (Doc. 1) is **DISMISSED without prejudice.**

    2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

    **DONE** and **ORDERED** in Fort Myers, Florida on April 29, 2025.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record